PAUL T. TRIMMER
State Bar Number 9291
trimmerp@jacksonlewis.com
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

Attorneys for Defendant
*Express Scripts Pharmacy, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG URASHIMA, an individual<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS PHARMACY, INC. A/K/A AND D/B/A MEDCO HEALTH SOLUTIONS, INC., MERCK-MEDCO, AND NATIONAL RX SERVICES, a Delaware corporation, DOES 1-10, inclusive; ROE Corporations -20, inclusive;<br><br>Defendants. | Case No. 2:16-cv-00379-APG-PAL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT EXPRESS SCRIPTS PHARMACY, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Express Scripts Pharmacy, Inc. (hereinafter referred to as "Defendant") shall have to and including March 11, 2016 in which to answer or otherwise respond to Plaintiff Craig Urashima's (hereinafter referred to as "Plaintiff") Complaint. This stipulation is submitted and based upon the following:

   1. That this is the first request for an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint.

2. That counsel for Plaintiff has agreed to stipulate to extend the time in which Defendant may file its answer to Plaintiff's Complaint.

3. That this request for an extension of time to file Defendant's answer or otherwise respond to Plaintiff's Complaint is made in good faith and not for the purpose of delay.

| Dated this 1st day of March, 2016. | Dated this 1st day of March, 2016. |
|---|---|
| GABROY LAW OFFICES | JACKSON LEWIS P.C. |
| /s/ Christian Gabroy | /s/ Paul T. Trimmer |
| Christian Gabroy, Bar # 8805 | Paul T. Trimmer, Bar # 9291 |
| 170 S. Green Valley Parkway | 3800 Howard Hughes Parkway |
| Suite 280 | Suite 600 |
| Henderson, Nevada 89012 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | *Express Scripts Pharmacy, Inc.* |

**IT IS SO ORDERED.**

_____
U.S. District Court Judge/Magistrate

Dated: March 3, 2016