UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CRAID URASHIMA,<br><br>                                    Plaintiff,<br>v.<br><br>EXPRESS SCRIPTS PHARMACY, INC., et al.,<br><br>                                    Defendants. | Case No. 2:16-cv-00379-APG-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered February 24, 2016, regarding removal of this case to federal district court. On March 24, 2016, Defendant filed a signed Statement (Dkt. #9) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required.

This matter is also before the court on Defendant Express Scripts Pharmacy, Inc.'s ("Express Pharmacy") failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The complaint in this matter was filed in state court and removed (Dkt. #1) February 24, 2016. Defendant Express Scripts filed an Answer (Dkt. #8) March 11, 2016. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to

1

1  promptly file a supplemental certification upon any change in the information that this rule
2  requires. To date, Defendant Express Scripts has failed to comply. Accordingly,
3      **IT IS ORDERED** that the parties shall file a joint status report **no later than May 9,**
4  **2016,** which must:
5      1. Set for the status of this action, including a list of any pending motions and/or other
6         matters which require the attention of this court.
7      2. Include a statement by counsel of action required to be taken by this court.
8      3. Include as attachments copies of any pending motions, responses and replies thereto
9         and/or any other matters requiring the court's attention not previously attached to the
10        notice of removal.
11     **IT IS FURTHER ORDERED** that Defendant Express Scripts shall file its certificate of
12 interested parties, which fully complies with LR 7.1-1 **no later than May 9, 2016.** Failure to
13 comply may result in the issuance of an order to show cause why sanctions should not be
14 imposed.
15     DATED this 25th day of April, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2